**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN KARAPETAN, AKA Carl Karapetian, AKA Carlos Karapetian, AKA Karro Karapetian, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 11-73189 <br><br> Agency No. A075-498-164 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 10, 2015[**]

Before:     FARRIS, WARDLAW, and PAEZ, Circuit Judges.

Karen Karapetan, a native and citizen of Armenia, petitions pro se for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's ("IJ") decision denying his application for deferral of removal

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under the Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  *See Alphonsus v. Holder*, 705 F.3d 1031, 1036-37 (9th Cir. 2013).  We review for substantial evidence the agency's factual findings underlying the determination that Karapetan is not eligible for CAT relief.  *Zheng v. Ashcroft*, 332 F.3d 1186, 1193  (9th Cir. 2003).  We deny the petition for review.

Substantial evidence supports the BIA's conclusion that, even if Karapetan's witness gave credible testimony, Karapetan did not establish that it is more likely than not he would be tortured by or with the acquiescence of Armenian officials if he is removed to Armenia.  *Id.* at 1194.  We reject Karapetan's contention that the IJ ignored country conditions evidence.  Thus, Karapetan's claim for deferral of removal under CAT fails.

**PETITION FOR REVIEW DENIED.**